**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Damone KEY, Defendant–Appellant.**

No. 13–7804.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 27, 2014.

Decided: March 5, 2014.

Damone Key, Appellant Pro Se. Jennifer P. May–Parker, Assistant United States Attorney, Shailika K. Shah, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Damone Key appeals the district court's order granting the Government's motion to dismiss and dismissing his motion to compel the filing of a Federal Rule of Criminal Procedure 35(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Key*, No. 2:08–cr–00015–BO–1 (E.D.N.C. Oct. 23, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*